*Plaintiff(s) Counsel:*
Russell W. Beall, Esq.
BEAL & THIES, LLC
11832 Newcastle Drive, Suite 9
Baton Rouge, LA 70816
(T) 225-296-0059
(F) 225-296-1205

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 06-CV-3127<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| COLLEEN SAPP, INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER SAVANNAH SAPP,<br><br>Plaintiff(s),<br><br>v.<br><br>PFIZER, INC.,<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, COLLEN SAPP, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action, only, with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 21, 2009   By: _____
Russell W. Beall, Esq.
BEAL & THIES, LLC
11832 Newcastle Drive, Suite 9
Baton Rouge, LA 70816
(T) 225-296-0059
(F) 225-296-1205
*Counsel for Plaintiff(s)*

DATED: April 21, 2009      By:  /s/ Michelle Sadowsky

Michelle Sadowsky, Esq.
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(T) 212-335-4625
(F) 212-884-8675

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR 3 0 2009

Hon. Charles R. Breyer
United States District Court